cates an intention by Congress to entirely occupy the field or when they are in actual conflict with federal statues. *Carney v. Hanson Oil Co.*, 690 S.W.2d 404, 406 (Mo. banc 1985). Nothing appears in the federal statute to indicate either a congressional intent to entirely occupy the procedural aspects of the review process or to designate the regulations as mandatory rather than permissive.

In a final point, appellant asks this court to engraft upon the Certificate of Need Law an enlargement of judicial review on the basis that the legislature must have assumed Chapter 536 would be applicable or, because exclusion of competing health care providers from participation frustrates the purpose of the law to prevent duplication of services. It suffices in answer to say that the decision on whether the law is adequate to serve the intended purpose is one for the legislature. Under the present language of the statute, as discussed earlier in this opinion, appellant has no standing to appeal the decision by the committee to issue a certificate of need to Barnes Hospital. Any complaint of inadequacy in the law should appropriately be directed to the legislature.

The judgment is affirmed.

All concur.

Anne Lyons, Public Defender, Springfield, for appellant.

William Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for assault, first degree, in violation of § 565.-050, RSMo Supp.1984, and armed criminal action, in violation of § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Michael R. GOULD, Appellant.**

**No. WD 38455.**

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

**STATE of Missouri, Respondent,**

v.

**David C. TATE, Appellant.**

**No. WD 38165.**

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Robert Beaird, Howard C. Hoyt, Quinn, Peebles, Beaird & Cardarella, Kansas City, for appellant.